# PD-0264-15

NO._____

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

ROBERT EARL SCHIELE

V.

THE STATE OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

FROM APPEAL NO. 01-13-00299-CR

TRIAL CAUSE NO. TR. CT. NO. 22467

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

To The Honorable Judges of The Court of Criminal Appeals:

Comes now, Robert Earl Schiele, Petitioner, and files this Motion for extension of (60) days in which to file his Petition for Discretionary Review. In support of this motion, Petitioner shows the following:

### I.

The Petitioner was convicted in the 411th District Court of Polk County, Texas in Cause No. TR. CT. NO. 22467, styled State of Texas V. Robert Earl Schiele. The Petitioner appealed to the Texas Court of Appeals, First Supreme Judicial District. The case was affirmed on February 19, 2015.

### II.

The present deadline for filing the Petition for Discretionary Review is March 23, 2015. Petitioner has not requested any extension prior to this motion.

### III.

Petitioner was not informed of the decision of the Court of Appeals in affirming his case until February 26, 2015. Since that, the Petitioner has not acquired legal representation and his attorney of record, Steven Green, has informed him, that he will

(1)

not represent him in his Petition for Discretionary Review. Petitioner requires the requested interval to familiarize himself with procedure and applicable law. The Petitioner will represent himself, PRO SE.

## PRAYER

WHEREFORE, Premise considered, Petitioner prays this Honorable Court grant this motion and extend the deadline for filing his Petition for Discretionary Review in Cause No. IR Ct No. 22467 and Appeal No. 01-13-00299 to May 25, 2015.

Respectfully Submitted,

Robert Earl Schiele, PRO SE PETITIONER
TDCJ-ID #1850352

## CERTIFICATE OF SERVICE

I, Robert E. Schiele, certify that a true and correct copy of the foregoing Motion for Extension of Time to file Petition for Discretionary Review, has been forwarded by U.S. Mail to the Attorney for the State, Polk County Assistant District Attorney Joe E. Martin, 101 West Mill Street, Suite 247, Livingston, Texas, 77351 and the State Prosecuting Attorney, P.O. Box 12405, Capitol Station, Austin, Texas, 78711 on this 3rd day of March 2015.

Robert Earl Schiele, PRO SE PETITIONER
TDCJ-ID # 1850352

## UNSWORN DECLARATION

I, Robert E. Schiele, TDCJ-ID #1850352, being presently incarcerated in the TDCJ-ID Unit, Allen B. Polunsky in Livingston, Texas, verify under penalty of perjury that the foregoing statements are true and correct. Executed on this 3rd day of March 2015.

Robert Earl Schiele, TDCJ-ID #1850352

(2)